UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

PETER KAHN and BIGG LUGG, INC. )
)
Plaintiffs )
)
) CIVIL ACTION
-against- ) NO. 1:05-CV-1152, GLS/DRH
)
WAGIC INC., and )
EVERIK INTERNATIONAL, INC., )
)
)
Defendants )
)

---

## NOTICE OF DISMISSAL

Whereas no plaintiff is an infant or incompetent person for whom a committee has been appointed, the above entitled action, be, and the same hereby is discontinued WITHOUT PREJUDICE, with each party to bear its own expenses and attorney's fees. This Notice of Dismissal may be filed without further notice of the Clerk of the Court.

DATED: February 10, 2006

SCHMEISER, OLSEN & WATTS, LLP
Attorneys for Plaintiffs,
Peter Kahn and Bigg Lugg Inc.

*[signature]*
Autondria S. Minor
Arlen L. Olsen
3 Lear Jet Lane, Suite 201
Latham, NY 12110
Telephone: (518) 220-1850
Fax: (518) 220-1857

SO ORDERED:

*[signature]*
U.S. District Judge
Date: 2/15/06

as to defendant Everik International, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **NOTICE OF DISMISSAL** was served by U.S. Mail, postage prepaid, on this 10th day of February, 2006 on legal counsel for Everik International Inc. as follows:

>Cynthia Haffey
>BUTZEL LONG P.C.
>150 West Jefferson, Suite 100
>Detroit, Michigan 48226

_____
Autondria S. Minor